REC'D JN 1 7 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00290-EWN-CBS

SAVOY RESOURCES CORP., a Colorado corporation,

    Plaintiff,

v.

FLOYD WANDLER,
BYRON HAMPTON,
MICHAEL GHEYLE and
ROBERT WELCH,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER having come before the Court upon a Stipulated Motion for Dismissal With Prejudice, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that:

1    All claims in the above-captioned case are hereby Dismissed With Prejudice; and

2.    Each party shall bear its own attorneys' fees and costs related to this matter.

Dated this __29__ day of __June__, 2005.

BY THE COURT

_____
Judge Edward W. Nottingham

215386v1